# United States Court of Appeals
## For the First Circuit

No. 08-2134

LPP MORTGAGE, LTD.,

Plaintiff, Appellant,

v.

LEONARD SUGARMAN,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on May 7, 2009, should be amended as follows.

On page 6, line 4, replace "Sugarman." with "Statler.".

On page 3, last line, and on page 4, lines 3 and 5, replace "Tree-Free" with "Tree Free".  On page 5, line 8, replace "Tree-Free's" with "Tree Free's".